Elaine E. CONDIT v. Edward M. CONDIT, No. 195-78

November 13, 1978. Motion to Withdraw filed October 6, 1978, is granted.

D. Gregory PIERCE, John Buck d/b/a Buck and Pierce v. Harold W. GREENSHIELDS, No. 226-77

November 15, 1978. Appeal dismissed for failure to comply with progress order of October 3, 1978.

Augustus STORTI d/b/a Bob's Trucking v. Donald NEUN, No. 228-77

November 15, 1978. Appeal dismissed for failure to comply with the progress order of October 3, 1978.

Henry B. CROSSMAN, Jr. v. Constance A. FITZCHARLES, No. 238-77

November 15, 1978. Appeal dismissed for failure to comply with the progress order of October 3, 1978.

IN RE Oliver TUCKER, Sr., No. 286-77

November 15, 1978. Motion to schedule oral argument concurrently is granted.

Marguerite G. CRANE v. Sidney MEACHEM, No. 44-78

November 15, 1978. Damages not having been determined, the judgment appealed from is not final. Appeal dismissed.

John KALAKOWSKI and Laurence Adams v. JOHN A. RUSSELL CORPORATION, No. 139-78

November 15, 1978. Motion for Enlargement of Time is granted.

ANDERSON FRIBERG CO., INC. v. S. G. PHILLIPS, No. 143-78

November 15, 1978. The Entry Order made on October 30, 1978, is hereby stricken.